## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE GUZMAN**
**MAGISTRATE JUDGE COLE**

**07 C 7206**

In the Matter of                                    Case Number:

Central States, Southeast and Southwest Areas Pension Fund et al. v. Homberger Trucking, Inc., an Ohio corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund et al.

**FILED**

**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME (Type or print)**<br>Thomas M. Weithers | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Thomas M. Weithers | |
| **FIRM**<br>Central States Legal Department | |
| **STREET ADDRESS**<br>9377 W. Higgins Road | |
| **CITY/STATE/ZIP**<br>Rosemont, IL 60018-4938 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06193004 | **TELEPHONE NUMBER**<br>(847) 518-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |