## United States District Court for the Northern District of Illinois

Case Number: 07cv7206     Assigned/Issued By: j. n.

Judge Name: GUZMAN     Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other ____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 2421273

Date Payment Rec'd: 12-21-07     Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

<u>1</u> Original and <u>1</u> copies on <u>12-21-07</u> as to <u>DEFENDANT</u>
                                        (Date)

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05