AO 440 (Rev. 05/00) Summons in a Civil Action

ERIE COUNTY
SHERIFF'S DEPT.
2007 DEC 28 AM 10:10

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas Pension Fund ;
Central States, Southeast and Southwest Areas Health and
Welfare Fund; and Howard McDougall, trustee

CASE NUMBER:

V.

ASSIGNED JUDGE:

Homberger Trucking, Inc., an Ohio corporation

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Homberger Trucking, Inc., an Ohio corporation
c/o: Jacquelyn Sallee, Registered Agent
1992 Heritage Drive
Sandusky, OH 44870

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

December 21, 2007
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Return of Service for Erie County Sheriff's Office**

State of Ohio    Erie County

**(RESIDENCE)**

**ECSO No: 07- 5670**

Plaintiff: CENTRAL STATES, SOUTHEAST & SOUTHWEST PENSION FUNDS
vs
Defendant: HOMBERGER TRUCKING, INC.

Case No: **07C7206**    Attempts: 3    Court: US DISTRICT CT, NORTHERN ILLINOIS

I received this writ on 12/28/2007 at 10:10:00 AM and made residence service of it upon HOMBERGER TRUCKING C/O JACQUELYN SALLEE, REG. AGENT, by leaving a copy of this writ and accompanying documents with LLOYD PITSENBARGER, VICE PRESIDENT OF HOMBERGER TRUCKING, a person of suitable age and discretion residing therein, on 1/3/2008.

| FEES | |
|---|---|
| Writ | $12.00 |
| Miles  12 | $6.50 |
| Postage: | $0.00 |
| Total: | $18.50 |

Terry M. Lyons, Sheriff

2204 - Captain Steven D. Westcott

Notes:

Sworn to before me on 1/3/2008

Judith A. Schwochow, Notary Public
State of Ohio
My Commission Expires on October 21, 2012

ACCT. CHARGED 9231
CONTROL NO. 07110032
ALLOC./H/W 32 P 68
ATTY. APPROVAL
MGR. APPROVAL