FILED
JAN 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; AND HOWARD McDOUGALL, Trustee,<br><br>Plaintiffs,<br>v.<br><br>HOMBERGER TRUCKING, INC., an Ohio Corporation,<br><br>Defendant. | Case No. 07 C 7206<br><br>Judge Ronald A. Guzman<br>Magistrate Judge Jeffrey Cole<br><br>**AGREED MOTION OF DEFENDANT, HOMBERGER TRUCKING, INC., FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Now comes Defendant, Homberger Trucking, Inc., by and through counsel, and respectfully requests an extension of time of twenty (20) days to answer or otherwise respond to Plaintiffs' Complaint. Plaintiffs' counsel has been made aware of the request and stipulates to this Court granting the requested extension of time.

On or about December 21, 2007, Plaintiffs filed a Complaint (the "Complaint"), initiating the captioned proceeding against Defendant. Pursuant to the summons issued by the Court, the deadline for Defendant to answer or otherwise respond to the Complaint is Wednesday, January 23, 2008.

As counsel for Defendant was only recently retained on January 21, 2008, Defendant requires an extension of time to research the allegations contained in Plaintiff's Complaint.

Defendant's counsel also has contemporaneously filed with the court an Application for Leave to Appear Pro Hac Vice and Attorney Appearance Form.

WHEREFORE, Defendant respectfully requests an extension of time of twenty (20) days, up to and including February 12, 2008, to answer or otherwise respond to Plaintiffs' Complaint.

Dated: January 23, 2008

Respectfully submitted,

/s/ Louis J. Yoppolo
Louis J. Yoppolo
Shindler, Neff, Holmes, Schlageter
& Mohler, LLP
1200 Edison Plaza, 300 Madison Avenue
Toledo, Ohio 43604
Phone: (419) 243-6281
Email: lyoppolo@snhslaw.com
Counsel for Defendant, Homberger Trucking, Inc.

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Agreed Motion of Defendant, Homberger Trucking, Inc. for an Extension of Time to Answer or otherwise Respond to Plaintiff's Complaint**, was served this 23rd day of January, 2008 via electronic and ordinary U.S. mail upon Laura B. Bacon, Central States, Southwest and Southwest Areas Health and Welfare and Pension Funds, 9377 W. Higgins Road, 10th Floor, Rosemont, Illinois 60018-4938, lbacon@centralstatesfunds.org, attorney for Plaintiffs.

/s/ Louis J. Yoppolo
Louis J. Yoppolo
Attorney for Defendants