# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Central States, Southeast and Southwest Areas Pension Fund, et al.

                Plaintiff,

v.

Homberger Trucking, Inc.

                Defendant.

Case No.: 1:07−cv−07206

Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

    MINUTE entry before Judge Ronald A. Guzman :AGREED MOTION by Defendant Homberger Trucking, Inc. for an extension of time to answer or otherwise respond to plaintiff's complaint [1] [11] is granted to and including 2/12/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.