FILED

JAN 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; AND HOWARD McDOUGALL, Trustee,<br><br>Plaintiffs,<br>v.<br><br>HOMBERGER TRUCKING, INC., an Ohio Corporation,<br><br>Defendant. | Case No. 07 C 7206<br><br>Judge Ronald A. Guzman<br>Magistrate Judge Jeffrey Cole<br><br>**NOTICE OF PRESENTMENT OF DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Now comes Defendant, Homberger Trucking, Inc., by and through counsel, and states that Defendant's Agreed Motion for an Extension of Time to Answer or otherwise Respond to Plaintiffs' Complaint will be presented on Tuesday, January 29, 2008 at 9:30 a.m. to Judge Ronald A. Guzman.

Dated: January 23, 2008

Respectfully submitted,

/s/ Louis J. Yoppolo
Louis J. Yoppolo
Shindler, Neff, Holmes, Schlageter & Mohler, LLP
1200 Edison Plaza, 300 Madison Avenue
Toledo, Ohio 43604
Phone: (419) 243-6281
Email: lyoppolo@snhslaw.com
Counsel for Defendant, Homberger Trucking, Inc.

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing **Notice of Presentment**, was served this 23rd day of January, 2008 via electronic and ordinary U.S. mail upon Laura B. Bacon, Central States, Southwest and Southwest Areas Health and Welfare and Pension Funds, 9377 W. Higgins Road, 10th Floor, Rosemont, Illinois 60018-4938, lbacon@centralstatesfunds.org, attorney for Plaintiffs.

/s/ Louis J. Yoppolo
Louis J. Yoppolo
Attorney for Defendants
