

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND and HOWARD MCDOUGALL, trustee, <br><br> Plaintiffs, <br><br> v. <br><br> HOMBERGER TRUCKING, INC., an Ohio corporation, <br><br> Defendants. | Case No.: 07 C 7206 <br><br> Judge Guzman <br><br> Magistrate Judge Cole |

FEB 12 2008

FILED

FEB 12 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### ANSWER OF HOMBERGER TRUCKING, INC.

Now comes Defendant Homberger Trucking and for its Answer to the Plaintiffs' Complaint, states the following:

1. Defendant admits the assertions of Paragraph 1 of the Complaint;

2. Defendant admits the assertions of Paragraph 2 of the Complaint;

3. Defendant admits the assertions of Paragraph 3 of the Complaint;

4. Defendant admits the assertions of Paragraph 4 of the Complaint;

5. Defendant admits the assertions of Paragraph 5 of the Complaint;

6. Defendant denies for want of knowledge the assertions of Paragraph 6 of the Complaint;

7. Defendant denies for want of knowledge the assertions of Paragraph 7 of the Complaint;

8. Defendant denies for want of knowledge the assertions of Paragraph 8 of the Complaint;

9. Defendant denies for want of knowledge the assertions of Paragraph 9 of the Complaint;

10. Defendant denies for want of knowledge the assertions of Paragraph 10 of the Complaint;

11. Defendant admits the assertions of Paragraph 11 of the Complaint;

12. Defendant admits the assertions of Paragraph 12 of the Complaint;

13. Defendant admits the assertions of Paragraph 13 of the Complaint;

14. Defendant admits the assertions of Paragraph 14 of the Complaint;

15. Defendant admits the assertions of Paragraph 15 of the Complaint;

16. Defendant admits the assertions of Paragraph 16 of the Complaint;

17. Defendant admits the assertions of Paragraph 17 of the Complaint;

18. Defendant admits the assertions of Paragraph 18 of the Complaint;

19. Defendant denies for want of knowledge the assertions of Paragraph 19 of the Complaint;

20. Defendant admits the assertions of Paragraph 20 of the Complaint;

21. Defendant denies for want of knowledge the assertions of Paragraph 21 of the Complaint;

22. Defendant admits the assertions of Paragraph 22 of the Complaint;

23. Defendant admits the assertions of Paragraph 23 of the Complaint;

24. Defendant denies for want of knowledge the assertions of Paragraph 24 of the Complaint;

25. Defendant denies for want of knowledge the assertions of Paragraph 25 of the Complaint;

Wherefore Defendant prays the Complaint be dismissed at Plaintiffs' costs and for such other and further relief as is just and equitable herein.

                                              Respectfully submitted,

                                              SHINDLER, NEFF, HOLMES,
                                              SCHLAGETER & MOHLER, LLP

                                              /s/ Louis J. Yoppolo
                                              Louis J. Yoppolo, Attorney for Defendant
                                              Homberger Trucking, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Answer was sent by regular U.S. Mail this 11 day of February, 2008 to the following:

                                        Laura B. Bacon, Esq.
                                        Central States Law Department
                                        9377 W. Higgins Road
                                        Rosemont, IL 60018-4938

                                        /s/ Louis J. Yoppolo
                                        Louis J. Yoppolo