IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>HOMBERGER TRUCKING, INC., an Ohio corporation,<br><br>Defendant. | Case No. 07 C 7206<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Jeffrey Cole |

## STIPULATED DISMISSAL

NOW COME the Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, and Howard McDougall, trustee, and Defendant Homberger Trucking, Inc., an Ohio corporation, by and through their respective counsel, and stipulate and agree that this action be dismissed.

Respectfully submitted,

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION AND HEALTH AND WELFARE FUNDS

By: /s/ Laura B. Bacon
Laura B. Bacon
9377 W. Higgins Rd.
Rosemont, Illinois 60018
(847)518-9800, Extension 3704

HOMBERGER TRUCKING, INC.

By: /s/ Louis J. Yoppolo
Louis J. Yoppolo
Shindler, Neff, Holmes, Schlageter & Mohler, L.L.P.
1200 Edison Plaza
300 Madison Ave.
Toledo, Ohio 43604
419-243-6281, Extension 273